**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| NFOCUS CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  2:20-cv-05106 |
| | ) | |
| v. | ) | Judge Michael H. Watson |
| | ) | |
| BENJY UHL, *et al*. | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| Defendants. | ) | |

**NFOCUS CONSULTING, INC.'S**
**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff NFocus Consulting,

Inc. hereby dismisses this action in its entirety, with prejudice to refiling.

Respectfully submitted,

*/s/ Lisa A. Messner* _____
Lisa A. Messner (0074034), Trial Attorney
Christopher C. Wager (0084324)
MAC MURRAY & SHUSTER LLP
6525 W. Campus Oval, Suite 210
New Albany, Ohio 43054
T:      614.939.9955
F:      614.939.9954
E:      lmessner@mslawgroup.com
        cwager@mslawgroup.com

*Counsel for Plaintiff, NFocus Consulting, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 9, 2021, a true and correct copy of the foregoing was filed electronically with the Court, which will cause service on all parties of record.

*/s/ Lisa A. Messner*
Lisa A. Messner (0074034)